IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FTX TRADING LTD., et al., | ) | Bankruptcy Case No. 22-11068-JTD |
| | ) | Bankr. BAP No. 24-63 |
| Debtors. | ) | |
| _____ | ) | |
| LAYERZERO LABS LTD., ARI LITAN | ) | |
| and SKIP & GOOSE, LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1180-CFC |
| | ) | |
| FTX TRADING LTD., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **27th day of November 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing

1

schedule (agreed to by the parties):

| | |
|---|---|
| Opening Brief: | January 10, 2025 |
| Answering Brief: | February 28, 2025 |
| Reply Brief: | March 21, 2025 |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE