IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>                     Debtors. | Chapter 11<br>Bankruptcy Case No. 22-11068-JTD<br>Bankr. BAP No. 24-63 |
| LAYERZERO LABS LTD.,<br>ARI LITAN, and<br>SKIP & GOOSE, LLC,<br>                     Appellants,<br><br>             v.<br><br>FTX TRADING LTD.,<br><br>                     Appellee. | Civil Action 24-1180-CFC |

## ORDER

At Wilmington this 2nd day of December 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 10, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **February 28, 2025**

3. Appellants' reply brief is due on or before **March 21, 2025.**

_____
Chief Judge